IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NELLE JAMISON, JOHN PAUL JAMISON,

    Plaintiffs,

vs.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

4:14CV3009

ORDER

After conferring with counsel for the parties,

IT IS ORDERED:

1) The defendant's motion for leave to deposit money into the court, (Filing No. 64), is granted, and

    a. The defendant may a check in the amount of $4,816.00 with the Clerk of the Court for the United States District Court for the District of Nebraska.

    b. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1

2) The parties' motion to amend the progression schedule, (Filing No. 70), is granted as follows:

    a. The deadline for filing motions for summary judgment, motions to dismiss, and motion to exclude expert testimony on *Daubert* or related grounds is extended to thirty days after the court rules on the pending motion to determine choice of law, (Filing No. 48).

    b. The defendant's deadline for responding to plaintiff's supplemental written discovery is April 15, 2015. If the defendant intends to object to a discovery request, defense counsel shall discuss that anticipated objection with plaintiffs'

counsel and attempt, in good faith, to resolve the dispute before defendant's discovery responses are served, and no later than April 5, 2015.

c.	Defendant's expert disclosure deadline is extended to May 15, 2015.

d.	All other progression schedule deadlines and settings are unchanged.

March 17, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge