IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NELLE JAMISON, JOHN PAUL JAMISON, <br><br>              Plaintiffs, <br><br>     vs. <br><br> DEPOSITORS INSURANCE COMPANY, <br><br>              Defendant. | 4:14CV3009 <br><br> **ORDER** |

A pretrial conference is scheduled in this case for July 7, 2015 and the jury trial is scheduled for July 20, 2015. Complex motions for summary judgment were recently filed.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

June 5, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge