IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NELLE JAMISON, AND JOHN PAUL JAMISON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPOSITORS INSURANCE COMPANY,<br><br>　　　　　Defendant. | 4:14CV3009<br><br>**ORDER** |

　　　After conferring with counsel,

　　　IT IS ORDERED:

1)　　The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 22, 2016, or as soon thereafter as the case may be called, for a duration of six (6) trial days. This case is subject to the prior trial of criminal cases, but it is set as the first civil trial for that trial week. Jury selection will be held at the commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 9, 2016 at 11:00 a.m., and unless all parties request otherwise, it will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case, (Filing No. 130), to participate in the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on August 8, 2016.

3)　　An oral argument on the pending Motions in Limine/Daubert motions, (Filing Nos. 83, 89, and 112), will be held before Judge Gerrard on June 30, 2016 at 9:30 a.m. in Courtroom 4, United States Courthouse, Lincoln, Nebraska. Judge Gerrard anticipates <u>only</u> oral argument at this hearing, but he will not foreclose receipt of additional evidence. If any party intends to offer evidence at the hearing, counsel shall disclose that fact, and the evidence itself, to the opposing party and the court by no later than June 9, 2016. Absent timely advance disclosure of additional evidence to be offered, such evidence will not be received by the court at the hearing.

May 27, 2016.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge