IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NELLE JAMISON AND JOHN PAUL JAMISON, | ) ) ) | CASE NO: 4:14cv3009 |
| Plaintiffs, | ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| DEPOSITORS INSURANCE COMPANY Defendant. | ) ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Trial Exhibits from Jury Trial held 8/22/16 through 8/29/16.

Plaintiffs' Exhibit Nos. 1-12, 14-17, 19-21, 24, 26, 31-33, 35, 41-43

Defendants' Exhibit Nos. 101, 102, 105, 109, 110, 112, 113, 114

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 28TH day of October, 2016.

s/ John M. Gerrard
United States District Judge